UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SONIA I. WRIGLESWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 5:18-cv-339-D** |
| ) | |
| MARK T. ESPER, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS Esper's motion to dismiss [D.E. 22] and DISMISSES Wriglesworth's complaint [D.E. 15].

**This Judgment Filed and Entered on September 11, 2019, and Copies To:**

| | |
|---|---|
| Sonia I. Wriglesworth | (Sent to 158 Pine Ridge Drive Whispering Pines, NC 28327 via US Mail) |
| Joshua B. Royster | (via CM/ECF electronic notification) |
| Rudy E. Renfer | (via CM/ECF electronic notification) |

DATE:              PETER A. MOORE, JR., CLERK

September 11, 2019          (By) /s/ Nicole Sellers

                  Deputy Clerk